UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 17, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALAN GARCIA,

Defendant.

Case No. 2;19-mj-00157-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALAN GARCIA ,

Case No. 2;19-mj-00157-AC  Charge 26 USC §5861(d) , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

**X** Unsecured Appearance Bond $ 50,000, co-signed by Alfredo Garcia

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

**X** (Other): Terms and conditions as stated on the record

Issued at Sacramento, California on September 17, 2019 at 2:31pm

By: _____
Magistrate Judge Carolyn K. Delaney